UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Minden Pictures Inc.,

                 Plaintiff,

-against-

PanaGenius Inc. d/b/a Face2Face Africa,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021

1:21-cv-02312 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Pending before the Court is Plaintiff's letter motion to compel dated October 22, 2021 (ECF No. 26). Pursuant to my Individual Practices, Defendant's deadline to oppose Plaintiff's letter motion was yesterday, October 27, 2021. No opposition having been filed, the Court hereby GRANTS Plaintiff's letter motion to compel and ORDERS that, no later than Friday, November 5, 2021, Defendant shall respond to Plaintiff's First Set of Requests for Production and to Plaintiff's First Set of Interrogatories. If Defendants fail to timely respond as provided above, sanctions shall be imposed pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:     New York, New York
            October 28, 2021

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge