UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Minden Pictures Inc.,

                Plaintiff,

-against-

PanaGenius Inc. d/b/a Face2Face Africa,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021

1:21-cv-02312 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby ORDERED that all expert discovery shall be completed no later than Tuesday, January 25, 2022.

**SO ORDERED.**

DATED:    New York, New York
                December 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge